In the Matter of Oman Gutierrez, Appellant, v Brian Fischer, Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted March 17, 2014; decided May 6, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 855 (2013)].